# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR54 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LUIS HARO-RAMIREZ, | ) | |
| JOSE LUIS AGUILAR-OCHOA and | ) | |
| RAMON ORDONEZ-LOPEZ, | ) | |
| | ) | |
| Defendants. | ) | |

     This matter is before the court on the motions for an extension of time to file pretrial motions by defendants Luis Haro-Ramirz (Haro-Ramirez) and Ramon Ordonez-Lopez (Ordonez-Lopez) (Filing Nos. 23 and 24).  The defendants seek additional time to file pretrial motions until April 25, 2007.  The motions will be granted.  Defendants shall file an affidavit in accordance with paragraph 10 of the Progression Order (Filing No. 18).  Such affidavits shall be filed within ten days of this order.  This extension of the pretrial motion deadline shall extend to all defendants in this matter.

     **IT IS ORDERED:**

     1.    Defendants Haro-Ramirez's and Ordonez-Lopez's motions for an extension of time (Filing Nos. 23 and 24) are granted.  All defendants are given until **on or before April 25, 2007,** in which to file pretrial motions pursuant to the progression order (Filing No. 18).  The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial.  The additional **time** arising as a result of the granting of the motions, i.e., the time between **March 27, 2007 and April 25, 2007**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

     2.    The evidentiary hearing tentatively scheduled for 9:00 a.m. on April 4, 2007, is **canceled** and will be rescheduled, if necessary, following the filing of any pretrial motions in accordance with this order.

     DATED this 27th day of March, 2007.

                                                              BY THE COURT:

                                                             s/Thomas D. Thalken
                                                             United States Magistrate Judge